# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA BAYLOR**<br>2022 Fort Davis Street, SE<br>Washington, DC 20020,<br><br>       **Plaintiff,**<br> vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>300 Seventh St. SW<br>Washington, D.C. 20024<br><br>and<br><br>**ULRICK PAULEMON**<br>405 E. Indian Springs Drive<br>Silver Spring, MD 20910<br><br>and<br><br>**DISTRICT OF COLUMBIA**<br>441 Fourth St. NW<br>Washington, D.C. 20001,<br><br>       **Defendants.** | **Civil Action No.:** |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Columbia:

 1. On or about April 7, 2022, Plaintiff filed a Complaint against Defendant Washington Metropolitan Area Transit Authority ("WMATA") in the Superior Court for the District of Columbia, in the case titled *Barbara Baylor v. WMATA, et al.*, Case Number 2022 CA 001510 V.

 2. Defendant WMATA was served with the Complaint on June 6, 2022.

3. The Summons, Complaint, and Initial Order are attached as Exhibits A, B and C. These documents constitute the only process, pleadings, or orders received by WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to the WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81 which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court for the District of Columbia be removed to this Court.

Date: June 17, 2022

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

By:  */s/ Donna L. Gaffney*
Donna L. Gaffney, #428725
Office of the General Counsel 7E
P.O. Box 44390
Washington, D.C. 20026-4390
(202) 962-2721
(202) 962-2550 (fax)
dlgaffney@wmata.com

## CERTIFICATE OF SERVICE

I certify that on June 17, 2022, a true and accurate copy of the foregoing was filed via ECF and served on the undersigned via U.S. Mail:

Jeffery W. Styles
Washington Legal Group, LLC
1001 Connecticut Avenue, NW, #1138
Washington, D.C. 20036
*Counsel for Plaintiff*

and

Ulrick Paulemon
405 E. Indian Springs Drive
Silver Spring, MD 20910
*Defendant*

and

Attorney General Karl Racine
Office of the Attorney General
441 Fourth St. NW
Washington, D.C. 20001
*Counsel for Defendant District of Columbia*

/s/ Donna L. Gaffney
Donna L. Gaffney